Alexander M. Stewart and James C. Stewart, as Copartners Doing Business under the Firm Name or Style of James Stewart & Company, Respondents, v. White Fireproof Construction Company and Fidelity and Deposit Company of Maryland, Appellants.— Judgment and order affirmed, with costs. No opinion. Laughlin, J., dissenting as to Fidelity and Casualty* Company. Settle order on notice.

Joseph Lonzone, Respondent, v. New York Contracting Company — Pennsylvania Terminal, Appellant.— Judgment and order affirmed, with costs. No opinion.

Reed Carradine, Appellant, v. Sun Printing and Publishing Association, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Lina Gustafson, as Administratrix, etc., of August Gustafson, Deceased, Appellant, v. The North Eastern Construction Company, Respondent.— Judgment affirmed, with costs. No opinion.

Samuel Friedman, Respondent, v. Virginia Danziger and William Hyams, as Executors, etc., of Max Danziger, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion.

Edward S. Root, Respondent, v. Adrian H. Joline and Douglas Robinson, as receivers of the New York City Railway Company, Appellants.—Judgment and order reversed, new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $1,250, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Morris Schwartz and Others, Appellants, v. Andrea Ribaudo, Respondent.— Determination affirmed, with costs. No opinion.

Frank P. Doyle, Respondent, v. New York City Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion.

John Cluney, Appellant, v. V. J. Hedden & Sons, Respondent.— Judgment affirmed, with costs. No opinion.

Estelle Beyer, as Administratrix, etc., of Joseph Beyer, Deceased, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that there is no proof of negligence on the part of the defendant, and that the evidence as to the presence of gas in the water tank is purely speculative.

United States Exchange Bank, Respondent, v. Julius Jonson's Sons and Julius Jonson, Appellants.— Judgment affirmed, with costs. No opinion.

In the Matter of Proving the Last Will and Testament of Jacob Eidt, Jr., Deceased, as a Will of Real and Personal Property. Charles W. Eidt, Appellant·

———

*Sic.*